FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 1 1 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AUGUSTINE JOSE DAVALOS, JR. ) <br> ) <br> Defendant. ) | 2:12-CR-014-KJD-(CWH) |

**FINAL ORDER OF FORFEITURE**

On April 19, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant AUGUSTINE JOSE DAVALOS, JR. to criminal offenses, forfeiting specific property alleged in the Criminal Indictment and agreed to in the Plea Memorandum, and shown by the United States to have the requisite nexus to the offenses to which defendant AUGUSTINE JOSE DAVALOS, JR. pled guilty. Criminal Indictment, ECF No. 1; Minutes of Change of Plea Proceedings, ECF No. 20; Plea Memorandum, ECF No. 19; Preliminary Order of Forfeiture, ECF No. 22.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on April 25, 2012, May 2, 2012, and May 9, 2012, in the Las Vegas Review-Journal/Sun, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 23.

1  This Court finds no petitions were filed herein by or on behalf of any person or entity and the
2  time for filing such petitions and claims has expired.

3  This Court finds no petitions are pending with regard to the assets named herein and the time
4  for presenting such petitions has expired.

5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United
7  States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title
8  18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c); and Title
9  21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    a. Taurus, Model PT-22, .22 caliber handgun, serial number ASL96618;

    b. Jennings, Model J-22, .22 caliber handgun, serial number 361129;

    c. New England Firearms, Model Pardner, .410 shotgun, with a barrel length of 12 inches, serial number NW258572;

    d. Yugoslavia, Model M59-66, 7.62x39 caliber rifle, serial number 1-317377;

    e. 21 .22 caliber rounds of ammunition;

    f. a .22 magazine;

    g. 1 expended .22 caliber shell casing; and

    h. any and all ammunition ("property").

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 11 day of Sept, 2012.

_____
UNITED STATES DISTRICT JUDGE